**Slip Op. 00-32**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
:
SKF USA INC. and SKF GmbH; FAG     :
KUGELFISCHER GEORG SCHAFER AG      :
and FAG BEARINGS CORPORATION,      :
                                   :
       Plaintiffs and Defendant-   :
       Intervenors,              :
                                   :   Consol. Court No.
   v.                         :   97-01-00054-S
                                   :
UNITED STATES,                  :
                                 :
       Defendant,              :
                                 :
   and                     :
                                 :
THE TORRINGTON COMPANY,       :
                                 :
       Defendant-Intervenor and  :
       Plaintiff,            :
                                 :
   and                     :
                                 :
NTN BEARING CORPORATION OF AMERICA and :
NTN KUGELLAGERFABRIK (DEUTSCHLAND)   :
GmbH; SNR ROULEMENTS,        :
                                 :
       Defendant-Intervenors.    :
_____:

## JUDGMENT

    This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>SKF USA Inc. v. United States</u>, 23 CIT __, Slip Op. 99-127 (Dec. 2, 1999) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

    **ORDERED** that the Remand Results filed by Commerce on March 1, 2000 are affirmed in their entirety; and it is further

      **ORDERED** that since all other issues have been decided, this case is dismissed.

 

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE


Dated:     March 29, 2000
            New York, New York